IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.                                                  Criminal No. 5:08-MJ-48   (GHL)

ESTEBAN CORTES-BERNAL,
also known as MARIO RODRIGUEZ,
                          Defendant.

---

APPEARANCES:                                         OF COUNSEL:

FOR THE GOVERNMENT:

HON. GLENN T. SUDDABY                                CARL EURENIUS, ESQ.
United States Attorney                               Assistant U.S. Attorney
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

FOR THE DEFENDANT:

OFFICE OF FEDERAL                                    MELISSA TUOHEY, ESQ.
PUBLIC DEFENDER                                      Assistant Federal Defender
Clinton Exchange, 3rd floor
Clinton Square
Syracuse, NY 13202

GEORGE H. LOWE, U.S. MAGISTRATE JUDGE

ORDER APPROVING WAIVER OF
PRELIMINARY EXAMINATION

The defendant is charged by criminal complaint with possession of false identification documents, in violation of Title 18 U.S.C. 1028(a)(4), and misuse of a social security number, in violation of Title 42 U.S.C. 408(a)(7)(B). Defendant initially appeared before me in connection with this charge on February 13, 2008. Defendant's counsel has completed a written form advising the Court that the Defendant wishes to waive his right to a preliminary

[FILED STAMP: U.S. DISTRICT COURT - N.D. OF N.Y. FILED FEB 21 2008 AT ___ O'CLOCK ___ Lawrence K. Baerman, Clerk - Syracuse]

examination, and has explained the nature of the preliminary examination to the defendant, and that the defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, it is hereby

ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to be knowing, intelligent and voluntary, is accepted.

_____
GEORGE H. LOWE
U.S. Magistrate Judge

Dated:  February 21, 2008
        Syracuse, NY